CHARLOTTE D. RADCLIFFE v. CORINTH CONSTRUCTION Co., INC., and Others.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted,

upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.